Charles R. Zeh, Esq.
Nevada State Bar No. 1739
crzeh@aol.com
Pete Cladianos III, Esq.
Nevada State Bar No. 8406
pete@crzehlaw.com
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone: 775.323.5700
Facsimile: 775.786.8183

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 0 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

*Attorneys for defendants*
*Debashis Bagchi and Jon Bengtson*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| Jaime Martorell, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Debashis Bagchi, an individual and Jon Bengtson, an individual,<br><br>Defendants. | CASE NO.: 3:19-cv-00523-LRH-CLB<br><br>*ORDER*<br><br>**Stipulation for Extension of Time to Hold the Case Management Conference**<br><br>*(First Request)* |

    Defendants, Debashis Bagchi and Jon Bengtson and plaintiff, Jaime Martorell, by and through their respective counsel of record, hereby stipulate and agree to continue the case management conference set for December 30, 2019. The date set for the case conference comes at an inopportune time for the defendants' attorneys as the result of holiday related travel.

    This is the first request for an extension of time regarding the case management conference. It is not made for reasons of delay. If the stipulation is approved, the parties would be able to conduct the case conference at 10:00 am on 8th January, 2020. However, in accordance with this Court's order of October 16, 2019, the case management report would be

///

due on December 16, 2019. The parties intend to file their joint case management report on that date, December 16, 2019, in order to avoid having matters due over the holidays.

Dated: December 9, 2019

The Law Offices of Charles R. Zeh, Esq.

By: /s/ Charles R. Zeh, Esq.
*Attorneys for Defendants*

Dated: December 9, 2019

Simons Hall Johnston PC

By: /s/ Ricardo Cordova, Esq.
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this 10th day of December, 2019.

_____
United States Magistrate Judge