Charles R. Zeh, Esq.
Nevada State Bar No. 1739
Pete Cladianos III, Esq.
Nevada State Bar No. 8406
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone: 775.323.5700
Facsimile: 775.786.8183
e-mail: crzeh@aol.com
e-mail: pete@crzehlaw.com

*Attorneys for defendants*
*Debashis Bagchi and Jon Bengtson*

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JAIME MARTORELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEBASHIS BAGCHI, an individual, and JON BENGTSON, an individual,<br><br>Defendants. | Case No.: 3:19-cv-00523-LRH-CLB<br><br>**STIPULATION TO AMEND THE AMENDED ANSWER OF BAGCHI AND BENGTSON TO COMPLAINT AND PROPOSED ORDER** |

It is hereby stipulated and agreed by and among the parties hereto, DEBASHIS BAGCHI, an individual, and JON BENGTSON, an individual, by and through their counsel, Pete Cladianos III, Esq., the Law Offices of Charles R. Zeh, Esq., and the plaintiff, JAIME MARTORELL an individual, by and through his counsel, Ricardo Cordova, Esq., Anthony Hall, Esq., Simons Hall Johnston PC, that the Amended Answer of Bagchi and Bengtson to Complaint be further proposed Second Amended Answer of Bagchi and Bengtson to Complaint as set forth in the attached Exhibit 1.

///
///
///
///

1

Dated: December 23, 2019

By: /s/ Ricardo Cordova, Esq
Ricardo Cordova, Esq.
Nevada State Bar No. 11942
Simons Hall Johnston PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
*Attorneys for plaintiff*

Dated: December 23, 2019

By: /s/ Pete Cladianos III, Esq.
Pete Cladianos III, Esq.
Nevada State Bar No. 8406
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
*Attorneys for defendants*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: January 2, 2020