# IN THE UNITED STATES DISTRICT

# FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JAIME MARTORELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEBASHIS BAGCHI, an individual, and JON BENGTSON, an individual,<br><br>Defendants. | Case No.: 3:19-cv-00523-LRH-CLB<br><br>**STIPULATION AND<br>ORDER FOR AN EXTENSION OF TIME<br>TO REPLY TO PLAINTIFF'S<br>OPPOSITION TO DEFENDANTS'<br>MOTION TO STRIKE PLAINTIFF'S<br>JURY DEMAND**<br><br>(First Request) |

The Parties hereby agree and stipulate to an extension of time for the Defendants to file their Reply in support of their Motion to Strike Plaintiff's demand for a jury trial in this matter. This stipulation is based upon the following:

1. On January 17, 2020, plaintiff filed a Jury Demand.

2. On January 23, 2020, defendants moved to strike the Jury Demand.

3. On February 6, 2020, plaintiff opposed the Defendants' Motion to Strike or moved for a Jury Trial Pursuant to Rule 39(b), FRCP.

4. The due date for Defendants' Reply is February 13, 2020. During the time period in which this reply needed to be drafted, neither of Defendants' legal counsel was able to do this work. Pete Cladianos III, came down with a severe case of the flu on February 7, 2020 lasting until February 13, 2020. And Charles R. Zeh had out of town hearings starting on Monday,

-1-

1  February 10, 2020, as counsel for the State of Nevada OSHA Board of Review, returning to the
2  office on Thursday, February 13, 2020, to attend and prepare for a special Reno Authority
3  Housing Board meeting.

4      5.     This is the first request for an extension of time of this deadline. It is not sought
5  for reasons of delay.

    Accordingly, it is hereby stipulated that the due date for the Reply to plaintiff's Opposition to the Defendants' Motion to Strike shall be extended to February 18, 2020.

Dated: February 13, 2020　　　　　　　　　　Dated: February 13, 2020

By: */s/ Ricardo Cordova, Esq.*　　　　　　By: */s/ Pete Cladianos III, Esq.*
    Ricardo Cordova　　　　　　　　　　　    Pete Cladianos III, Esq.
    Nevada State Bar No. 11942　　　　　　    Nevada State Bar No. 8406
    Simons Hall Johnston PC　　　　　　　    The Law Offices of Charles R. Zeh, Esq.
    6490 S. McCarran Blvd., Ste. F-46　　    50 West Liberty Street, Suite 950
    Reno, NV 89509　　　　　　　　　　　    Reno, NV 89501
    *Attorneys for plaintiff*　　　　　　　　　    *Attorneys for defendants*

## ORDER

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 18th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE