ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JEREMY B. CLARKE, ESQ.
Nevada Bar No. 13849
JClarke@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada  89509
Telephone: (775) 785-0088
*Attorneys for Plaintiff Jaime Martorell*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME MARTORELL, an individual, | Case No.: 3:19-cv-00523-LRH-CLB |
| Plaintiff | |
| v. | **STIPULATION TO EXTEND DEADLINE TO COMPLETE DISCOVERY** |
| DEBASHIS BAGCHI, an individual, and JON BENGSTON, an individual, | **[Third Request]** |
| Defendants. | |

Plaintiff Jaime Martorell ("Plaintiff" or "Martorell") and Defendants Debashis Bagchi and Jon Bengston ("Defendants") (collectively, at times, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for the close of discovery, currently scheduled for September 11, 2020.

The parties have exchanged interrogatories and requests for production and replied to each other's requests.  Counsel for Martorell and counsel for AirWire have each sent the other letters outlining alleged deficiencies in the quality of responses supplied by the other.  A meet and confer telephonic conference was held to discuss concerns with each other's Responses, and the parties

have continued to confer in writing.  Should the parties be unable to fully resolve their concerns, any motion cycle to compel discovery would extend beyond the current deadline for the close of discovery of September 11, 2020.  Additionally, the parties have come to an agreement on available dates in the month of September to conduct depositions.  Accordingly, the parties have agreed to extend the deadline for discovery to November 16, 2020.  This is the third request to extend the time for the close of discovery.

DATED this 21st day of August 2020.

BY: /s/ Jeremy B. Clarke
   Anthony L. Hall, Esq.
   Jeremy B. Clarke, Esq.
   Simons Hall Johnston PC
   6490 S. McCarran Blvd., Ste. F-46
   Reno, Nevada 89509
   Tel: (775) 785-0088
   ahall@shjnevada.com
   jclarke@shjnevada.com

*Attorneys for Plaintiff*

DATED this 21st day of August, 2020.

BY: /s/ Pete Cladianos III
   Charles R. Zeh, Esq.
   Pete Cladianos III, Esq.
   The Law Offices of Charles R. Zeh, Esq.
   50 West Liberty Street, Suite 950
   Reno, NV 89501
   Tel: (775) 323-5700
   crzeh@aol.com
   pete@crzehlaw.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2020