Charles R. Zeh, Esq.
Nevada State Bar No. 1739
Pete Cladianos III, Esq.
Nevada State Bar No. 8406
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone: 775.323.5700
Facsimile: 775.786.8183
e-mail: crzeh@aol.com
e-mail: pete@crzehlaw.com

*Attorneys for Debashis Bagchi and Jon Bengtson*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| Jaime Martorell, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Debashis Bagchi, an individual and Jon Bengtson, an individual,<br><br>Defendants. | Case No.: 3:19-cv-00523-MMD-CLB<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

Defendants, Debashis Bagchi and Jon Bengtson, by and through their counsel, Pete Cladianos III, Esq., and Charles R. Zeh, Esq., The Law Offices of Charles R. Zeh, Esq., and the plaintiff, Jaime Martorell, by and through his counsel, Anthony Hall, Esq., and Jeremy Clarke, Esq., Simons Hall Johnston PC, do hereby stipulate and agree to extend the deadline in which defendants may respond to the Plaintiff's Motion to Compel filed on August 13, 2020. The extension will allow the defendants to file their opposition on August 31, 2020.

This request was made at the request of the defendants' counsel as the result of an unforeseen obligation. This is the first request for an extension of time regarding motions to compel. It is not posited for reasons of delay but for the reason cited herein.

///

///

Accordingly, based on the foregoing and for good cause appearing, the parties, by and through the respective counsel of record, do hereby stipulate and agree as stated above.

Dated:                                                          Dated:

By: _/s/Jeremy Clarke, Esq._                    By: _/s/ Pete Cladianos III, Esq._
    Jeremy Clarke, Esq.                                 Pete Cladianos III, Esq.
    Nevada State Bar No. 13849                    Nevada State Bar No. 8406
    Simons Hall Johnston PC                          The Law Offices of Charles R. Zeh, Esq.
    6490 S. McCarran Blvd., Ste. F-46          50 West Liberty Street, Suite 950
    Reno, NV 89509                                        Reno, NV 89501
    *Attorneys for plaintiff*                              *Attorneys for defendants*

## ORDER

IT IS SO ORDERED.

Dated this 28th day of August, 2020.

_____
United States Magistrate Judge

S:\Clients\Airwire Technologies\Federal 3 19-cv-00523\Pleadings\Stipulation to Continue Opposition to Motion to Compel R2.wpd

2