Charles R. Zeh, Esq.
State Bar No: 1739
Pete Cladianos III, Esq.
State Bar No: 8406
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Phone: 775.323.5700
Fax: 775.786.8183
e-mail: crzeh@aol.com

*Attorneys for defendants
Debashis Bagchi and Jon Bengtson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| Jaime Martorell, an individual | CASE NO.: 3:19-cv-00523-MMD-CLB |
| Plaintiff, | |
| vs. | Stipulation to Amend the Discovery Cut-off Deadline |
| Debashis Bagchi, an individual and Jon Bengtson, an individual, | *(Fourth Request)* |
| Defendants. | |

Defendants, Debashis Bagchi and Jon Bengtson, by and through their counsel, Pete Cladianos III, Esq., and Charles R. Zeh, Esq., The Law Offices of Charles R. Zeh, Esq., and the plaintiff, Jaime Martorell, by and through his counsel, Anthony Hall, Esq., Simons Hall Johnston PC, do hereby stipulate and agree to amend the Stipulated Discovery Plan and Scheduling Order dated October 28, 2019, to extend the deadline for the close of discovery, currently scheduled for November 16, 2020.

This extension of time is sought for the exclusive purpose of allowing a deposition to occur which the attorneys were unable to schedule before the set date for the close of discovery. The discovery completed so far has been the exchange of initial and supplemental disclosures by each side and the exchange of interrogatories and requests for production. All disputes regarding the responses to written discovery are resolved. Both defendants have been deposed. The only

-1-

1  remaining discovery to be complete is the deposition of the plaintiff. The attorneys were unable
2  to find a mutually available date until November 20, 2020. Since the scheduled date is beyond
3  the discovery cut off, the parties agree and stipulate to an extension of the date for the end of
4  discovery to November 20, 2020, for the limited purpose of depositing the plaintiff. All other
5  deadlines set forth in this matter shall remain in effect.

6      This is the fourth request for an extension of the close of discovery.

7  Dated: November 12, 2020          Dated: November 12, 2020

8  By: */s/Anthony Hall, Esq.*          By: */s/ Pete Cladianos III, Esq.*
    Anthony Hall, Esq.                Pete Cladianos III, Esq.
9      Nevada State Bar No. 5977        Nevada State Bar No. 8406
    Simons Hall Johnston PC         The Law Offices of Charles R. Zeh, Esq.
10     6490 S. McCarran Blvd., Ste. F-46   50 West Liberty Street, Suite 950
    Reno, NV 89509                   Reno, NV 89501
11     *Attorneys for plaintiff*             *Attorneys for defendants*

12

13                                      ORDER

14 IT IS SO ORDERED.

15 Dated this  16  day of  November , 2020.

17                                        United States Magistrate Judge

18  S:\Clients\Airwire Technologies\Federal 3 19-cv-00523\Pleadings\Stip.Extension.discov.depose.Mart.R2_mtd.wpd