ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JEREMY B. CLARKE, ESQ.
Nevada Bar No. 13849
JClarke@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
*Attorneys for Plaintiff Jaime Martorell*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME MARTORELL, an individual,<br><br>Plaintiff<br><br>v.<br><br>DEBASHIS BAGCHI, an individual, and JON BENGSTON, an individual,<br><br>Defendants. | Case No.: 3:19-cv-00523-MMD-CLB<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE OPPOSITIONS AND REPLIES RE: MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

      Plaintiff Jaime Martorell ("Plaintiff" or "Martorell") and Defendants Debashis Bagchi and Jon Bengston ("Defendants") (collectively, at times, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the deadlines by which to file Oppositions and Replies related to their respective Motions for Summary Judgment (Motions). Cross Motions were filed on December 10, 2020. [ECF Nos. 77, 78, and 79]. Oppsitions to the Motions were then due on December 24, 2020. However, to accommodate the schedules and workloads of counsel the parties have agreed to extend the deadline to these Oppositions to January 6, 2021. Consistent with LR

1

7.2(b) the deadline to File Replies becomes January 20, 2021.

  This is the first request of an extension of these deadlines, is made in good faith to, is not made for the purpose of delay, and will not result in any undue delay or prejudice.

DATED this 14th day of December 2020.     DATED this 14th day of December, 2020.

BY: /s/ Anthony L. Hall
 Anthony L. Hall, Esq.
 Jeremy B. Clarke, Esq.
 Simons Hall Johnston PC
 6490 S. McCarran Blvd., Ste. F-46
 Reno, Nevada 89509
 Tel: (775) 785-0088
 ahall@shjnevada.com
 jclarke@shjnevada.com

*Attorneys for Plaintiff*

BY: /s/ Pete Cladianos
 Charles R. Zeh, Esq.
 Pete Cladianos III, Esq.
 The Law Offices of Charles R. Zeh, Esq.
 50 West Liberty Street, Suite 950
 Reno, NV 89501
 Tel: (775) 323-5700
 crzeh@aol.com
 pete@crzehlaw.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: December 15, 2020

2