ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JEREMY B. CLARKE, ESQ.
Nevada Bar No. 13849
JClarke@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Plaintiff Jaime Martorell*

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME MARTORELL, an individual,<br><br>Plaintiff<br><br>v.<br><br>DEBASHIS BAGCHI, an individual, and JON BENGSTON, an individual,<br><br>Defendants. | Case No.: 3:19-cv-00523-MMD-CLB<br><br>**STATUS REPORT AND STIPULATION FOR EXTENSION OF TIME TO FILE THE JOINT PRETRIAL ORDER**<br><br>[Second Request] |

### STATUS REPORT

The parties are working cooperatively towards preparing the Joint Pretrial Order; however, due to the complex nature of the case, the number of exhibits involved, and the schedule of counsel, the parties respectfully request an additional thirty (30) days within which to file the Joint Pretrial Order.

### STIPULATION AND ORDER

Plaintiff Jaime Martorell ("Plaintiff" or "Martorell") and Defendants Debashis Bagchi and

1

Jon Bengston ("Defendants") (collectively, at times, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for the filing of the Proposed Joint Pretrial Order for an additional thirty (30) days from August 12, 2022 to September 12, 2022. (September 11 is a Sunday).

The parties continue to work cooperatively to prepare a Proposed Joint Pretrial Order, but additional time is needed to complete the document. This short extension is therefore requested.

This is the second request for an extension of time to file a Proposed Joint Pretrial Order.

DATED this 11th day of August 2022.

BY: /s/ Jeremy B. Clarke
Anthony L. Hall, Esq.
Jeremy B. Clarke, Esq.
Simons Hall Johnston PC
690 Sierra Rose Drive
Reno, Nevada 89511
Tel: (775) 785-0088
ahall@shjnevada.com
jclarke@shjnevada.com

*Attorneys for Plaintiff*

DATED this 11th day of August, 2022.

BY: /s/ Charles R. Zeh
Charles R. Zeh, Esq.
Pete Cladianos III, Esq.
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Tel: (775) 323-5700
crzeh@aol.com
pete@crzehlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: August 11, 2022