Charles R. Zeh, Esq.
State Bar No: 1739
Pete Cladianos III, Esq.
State Bar No: 8406
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Phone: 775.323.5700
Fax: 775.786.8183
e-mail: crzeh@aol.com

*Attorneys for defendants*
*Debashis Bagchi and Jon Bengtson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| Jaime Martorell, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Debashis Bagchi, an individual and Jon Bengtson, an individual,<br><br>Defendants. | CASE NO.: 3:19-cv-00523-MMD-CLB<br><br><br>**Stipulation for Extension of Time to File the Joint Pretrial Order**<br><br>*(Third Request)* |

## STATUS REPORT

The parties are working cooperatively towards preparing the Joint Pretrial Order. Plaintiff has supplied its draft to Defendants on September 8, 2022. Plaintiff's draft Joint Pretrial Order lists nine witnesses and reserves the right to call any witnesses of Defendants, lists one hundred eighty-two documents to be marked as potential exhibits, provides eight contested issues of fact and five contested issues of law. Defendants are in the process of completing their draft of the Joint Pretrial Order; however, once Defendants' draft is complete, it will need to be submitted Plaintiff for his consideration and, possibly, reconciliation between the drafts. Considering these document exchanges and reviews and the complex nature of the case, the number of exhibits involved, and the schedule of counsel, the parties respectfully request an additional twenty-one (21) days within

which to file the Joint Pretrial Order.

## STIPULATION AND ORDER

Plaintiff Jaime Martorell ("Plaintiff" or "Martorell") and Defendants Debashis Bagchi and Jon Bengston ("Defendants") (collectively, at times, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for the filing of the Proposed Joint Pretrial Order for an additional twenty-one (21) days from September 12, 2022 to October 3, 2022.

The parties continue to work cooperatively to prepare a Proposed Joint Pretrial Order, but additional time is needed to complete the document. This short extension is therefore requested.

This is the third request of an extension of time to file a Proposed Joint Pretrial Order.

Dated: September 9, 2022

By: /s/Anthony Hall, Esq.
Anthony Hall, Esq.
Nevada State Bar No. 13849
Simons Hall Johnston PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
*Attorneys for plaintiff*

Dated: September 9, 2022

By: /s/ Pete Cladianos III, Esq.
Pete Cladianos III, Esq.
Nevada State Bar No. 8406
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
*Attorneys for defendants*

## ORDER

IT IS SO ORDERED.

Dated this 9th day of September, 2022.

_____
United States District Court Judge

S:\Clients\Airwire Technologies\Federal 3 19-cv-00523\Pleadings\Stipulation.Extension.Time pretrail order.R2_mtd.wpd