ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Plaintiff Jaime Martorell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAIME MARTORELL, an individual, | CASE NO.:  3:19-cv-00523-LRH-CLB |
| Plaintiff | |
| v. | **JOINT STIPULATION TO CONTINUANCE OF TRIAL; [PROPOSED] ORDER PURSUANT THERETO** |
| DEBASHIS BAGCHI, an individual, and JON BENGSTON, an individual, | |
| Defendants. | |

       The parties hereto, Plaintiff Jaime Martorell ("Plaintiff") and Defendants, Debashis Bagchi and Jon Bengston, ("Defendants"), by and through their respective counsel of record, hereby enter into the below stipulation with reference to the following facts:

       A.    This action was filed on August 22, 2019.

       B.    The court trial is currently set for October 17, 2023, at 9:00 AM.

       C.    The Master Trial Setting Conference is scheduled for September 25, 2023, at 9:00 AM.

D. The Parties have agreed to the material terms of a settlement agreement and are in the process of finalizing a settlement document codifying the terms of the settlement.

1. The parties have agreed that payment of $240,000.00 shall be made, with $30,000.00 due upon signing the settlement agreement, $105,000.00 due as of November 1, 2023, and the final $105,000.00 due on January 2, 2024. All payments are to be made via wire transfer.

2. This case will not be dismissed until full payment is made. After full execution of a settlement agreement and payment of the first installment, the parties will ask the Court to stay the case until January 3, 2024. If full payment has been made as of January 2, 2024, Plaintiff will dismiss the case with prejudice. In the event of non-payment, either full or partial, the settlement agreement shall contain agreed upon penalties for non-compliance.

3. A full and general mutual release between the Parties, except for any claims or judgments arising out of the *Martorell v. Airwire Technologies* litigation currently pending before the Second Judicial District Court in and for the County of Washoe, Case No. CV19-00974.

E. The Parties are presently negotiating redlines to a settlement agreement reflecting the above. The Court will note one of the essential terms of the settlement is that Plaintiff will not stipulate to stay the case until after execution of the settlement agreement and the completion of the first payment from Defendants. However, Defendants' counsel has made Plaintiff's counsel aware of a medical procedure that is supposed to occur this week that may delay Defendant's counsel from being able to finalize the settlement until on or after the September 25, 2023, Master Trial Setting Conference.

F. To avoid unnecessary and premature trial preparation due to the aforementioned series of events, the parties wish to enter into the within stipulation.

THEREFORE, it is stipulated and requested that the court order as follows:

1. The court trial be vacated and reset to November 13, 2023 at 9:00 AM, which may be a remote appearance to answer ready for a December 5, 2023 trial.

DATED September 20, 2023

BY: /s/Anthony L. Hall, Esq.
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
Simons Hall Johnston PC
690 Sierra Rose Drive
Reno, Nevada 89511
Tel: (775) 785-0088
ahall@shjnevada.com
jmcguire@shjnevada.com

*Attorneys for Plaintiff*

DATED September 20, 2023

BY: /s/ Charles R. Zeh, Esq.
Charles R. Zeh, Esq.
Pete Cladianos III, Esq.
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Tel: (775) 323-5700
crzeh@aol.com
pete@crzehlaw.com

IT IS ORDERERD:

1) Master Trial scheduling conference set for 9/25/2023 at 9:00 AM is vacated and reset to November 13, 2023 at 9:00 AM by telephone.
2) Calendar call set for October 10, 2023 at 1:00 PM is vacated.
3) Bench trial set for October 17, 2023 at 9:00 AM is vacated and reset to the December 5, 2023 trial stack.

Dated: September 20, 2023

_____
Chief U.S. District Judge

3

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of SIMONS HALL JOHNSTON PC, over 18 years of age, and that on this date I caused to be served a true copy of the foregoing **STIPULATION TO CONTINUANCE OF TRIAL; [PROPOSED] ORDER PURSUANT THERETO** on all parties to this action by the method(s) indicated below:

    X    I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following registered parties electronically:

Charles R. Zeh
Pete Cladianos III
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
pete@crzehlaw.com
crzeh@aol.com

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed on September 20, 2023.

/s/ Kelly Lee
An Employee of Simons Hall Johnston PC

4