ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Plaintiff Jaime Martorell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAIME MARTORELL, an individual,<br><br>Plaintiff<br><br>v.<br><br>DEBASHIS BAGCHI, an individual, and JON BENGSTON, an individual,<br><br>Defendants. | CASE NO.:   3:19-cv-00523-MMD-CLB<br><br>**STIPULATION TO STAY CASE AND VACATE TRIAL; [PROPOSED] ORDER PURSUANT THERETO** |

The parties hereto, Plaintiff Jaime Martorell ("Plaintiff") and Defendants, Debashis Bagchi and Jon Bengston, ("Defendants"), by and through their respective counsel of record, hereby enter into the below stipulation:

A.    As of October 2, 2023, the Parties have executed a settlement agreement and release of all claims ("Agreement").

B.    The terms of the Agreement require Defendants to make three (3) payments: (1) thirty-thousand dollars ($30,000.00) immediately payable upon the signing of the Agreement; (2) one-hundred and five thousand dollars ($105,000) due November 1,

1

2023; (3) one-hundred and five thousand dollars ($105,000) due on January 2, 2024.

C.      As of October 11, 2023, Defendants had successfully completed the first payment to be made pursuant to the Agreement.

D.      As of November 1, 2023, Defendants successfully completed the second payment pursuant to the Agreement.

E.      To permit Defendants the requisite amount of time to complete the remaining payments, the Parties are mutually requesting that this Court stay this case for all purposes until January 3, 2024.

F.      The Parties jointly stipulate and request that this Court vacate the trial scheduling conference currently set for November 13, 2023.

G.      The Parties jointly stipulate and request that this Court also vacate the bench trial that is currently set for the December 5, 2023, trial stack.

H.      In the event Defendants satisfy all of their obligations pursuant to the Agreement, the Parties intend to file a stipulation for dismissal pursuant to FRCP 41(a)(1)(A)(ii) as soon as practicable after the January 2, 2024, payment is received.

I.      In the event Defendants fail to satisfy all of their obligations pursuant to the Agreement, the Agreement contains a number of admissions of liability.  As such, in the event it becomes necessary, Plaintiff will promptly notify the Court and the Parties will work collaboratively to reset the trial in this matter.

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

DATED November 7, 2023

BY: _/s/Anthony L. Hall, Esq._
    Anthony L. Hall, Esq.
    Jonathan A. McGuire, Esq.
    Simons Hall Johnston PC
    690 Sierra Rose Drive
    Reno, Nevada 89511
    Tel: (775) 785-0088
    ahall@shjnevada.com
    jmcguire@shjnevada.com

*Attorneys for Plaintiff*

DATED November 7, 2023

BY: _/s/ Charles R. Zeh, Esq._
    Charles R. Zeh, Esq.
    Pete Cladianos III, Esq.
    The Law Offices of Charles R. Zeh, Esq.
    50 West Liberty Street, Suite 950
    Reno, NV 89501
    Tel: (775) 323-5700
    crzeh@aol.com
    pete@crzehlaw.com

*Attorneys for Defendants*

## ORDER

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED THAT, this case is stayed for all purposes until January 3, 2024, or until this Court grants a motion to lift the stay;

IT IS HEREBY FURTHER ORDERED THAT, the November 13, 2023, trial scheduling conference is VACATED;

IT IS HEREBY FURTHER ORDERED that the December 5, 2023, trial in this case is VACATED.

IT IS SO ORDERED.

**UNITED STATES DISTRICT JUDGE**

DATED: November 7, 2023

3

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of SIMONS HALL JOHNSTON PC, over 18 years of age, and that on this date I caused to be served a true copy of the foregoing **STIPULATION TO CONTINUANCE OF TRIAL; [PROPOSED] ORDER PURSUANT THERETO** on all parties to this action by the method(s) indicated below:

    X       I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following registered parties electronically:

Charles R. Zeh
Pete Cladianos III
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
pete@crzehlaw.com
crzeh@aol.com

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed on November 7, 2023.

/s/ Terri Tribble
An Employee of Simons Hall Johnston PC