ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Plaintiff Jaime Martorell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAIME MARTORELL, an individual,<br><br>Plaintiff<br><br>v.<br><br>DEBASHIS BAGCHI, an individual, and JON BENGSTON, an individual,<br><br>Defendants. | CASE NO.:  3:19-cv-00523-LRH-CLB<br><br>**STIPULATION and [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties hereto, Plaintiff Jaime Martorell ("Plaintiff") and Defendants, Debashis Bagchi and Jon Bengston, ("Defendants"), by and through their respective counsel of record, hereby enter into the below stipulation:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal of the above captioned action, including all claims asserted therein, with prejudice, with each party to bear each of their own costs and attorneys' fees, and that no party will be considered a prevailing party in relation to this matter.

1

DATED January 17, 2024

BY: /s/Anthony L. Hall, Esq.
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
Simons Hall Johnston PC
690 Sierra Rose Drive
Reno, Nevada 89511
Tel: (775) 785-0088
ahall@shjnevada.com
jmcguire@shjnevada.com

*Attorneys for Plaintiff*

DATED January 17, 2024

BY: /s/ Charles R. Zeh, Esq.
Charles R. Zeh, Esq.
Pete Cladianos III, Esq.
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
Tel: (775) 323-5700
crzeh@aol.com
pete@crzehlaw.com

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED:  January 18, 2024

**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I certify that I am an employee of SIMONS HALL JOHNSTON PC, over 18 years of age, and that on this date I caused to be served a true copy of the foregoing **STIPULATION and [PROPOSED] Order for Dismissal with Prejudice** on all parties to this action by the method(s) indicated below:

   X   I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following registered parties electronically:

Charles R. Zeh
Pete Cladianos III
The Law Offices of Charles R. Zeh, Esq.
50 West Liberty Street, Suite 950
Reno, NV  89501
pete@crzehlaw.com
crzeh@aol.com

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed on January 17, 2024.

                                 /s/ Terri Tribble
                                 An Employee of Simons Hall Johnston PC